# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-03176-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| ISIDRO LOPEZ-VALENCIA, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to ISIDRO LOPEZ-VALENCIA.

IT IS SO ORDERED.

Dated: April 1, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge